1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234
       E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,      )    No. CR 3-12-70937 EDL
                                   )
14         Plaintiff,               )
                                   )    STIPULATION AND [PROPOSED]
15     v.                          )    ORDER CONTINUING DETENTION
                                   )    HEARING
16  MARCO ANTONIO CHAVOYA OCHOA,   )
                                   )
17         Defendant.               )
                                   )
18  _____ )

19      The parties hereby stipulate and agree, and do so request, that the detention hearing

20  currently set for August 23, 2012, at 9:30 a.m. be continued to August 24, 2012, at 9:30

21  a.m. In support of their request, the parties state as follows:

22      1.      The defendant made his initial appearance on the Complaint in this case

23  before the Honorable Nandor J. Vadas on August 17, 2012. The United States moved for

24  detention at that time. The Court set a detention hearing for August 23, 2012.

25      2.      Counsel for the United States now has a conflict with that appearance time.

26  The parties have discussed this matter, and the defendant has no objection to continuing

27  the detention hearing one day to August 24, 2012.

28      3.      Accordingly, for the reasons stated above, the parties jointly request that the

STIP. & [PROPOSED] ORDER
CR 3-12-70937 EDL

1  Court continue the detention hearing from August 23, 2012, to August 24, 2012.

2

3  SO STIPULATED.

4  DATED: August 22, 2012                MELINDA HAAG
                                         United States Attorney
5

6                                        _____/s/_____
                                         KYLE F. WALDINGER
7                                        Assistant United States Attorney

8

9  DATED: August 22, 2012                _____/s/_____
                                         RITA BOSWORTH
10                                       Counsel for defendant MARCO ANTONIO
                                         CHAVOYA OCHOA
11

12                              [~~PROPOSED~~] ORDER

13      For the reasons stated above, it is ORDERED that the detention hearing scheduled

14  for August 23, 2012, is continued to August 24, 2012.

15

16  DATED: August  22 , 2012              *Elijah D. Laporte* (signature)
                                         ELIZABETH D. LAPORTE
17                                       United States Magistrate Judge

STIP. & [PROPOSED] ORDER
CR 3-12-70937 EDL                        -2-